# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Ammad Bashaun Perry

**WARRANT FOR ARREST**

06 - 053M - 01

Case No. DKC 01-0312

FILED FEB 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ammad Bashaun Perry** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☒ Supv. Rls. Violation Petition

charging him/her with (brief description of offense):

Defendant failed to appear for Violation of Supervised Release Hearing on 12/8/05

See the attached Violation of Supervised Release Petition

in violation of Title United States Code, Section(s) _____

| Felicia C. Cannon | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| (By) Deputy Clerk [signature] | January 30, 2006    Greenbelt, Maryland |
| | Date and Location |

Bail fixed at $ No Recommendation

by Deborah K. Chasanow, United States District Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2/9/06 | Burke, Buddy, DUSM | [signature] |

U.S. DISTRICT COURT (Rev. 12/98)