**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/13/06

*Nancy Mayer-Whittington*
*Clerk of the Court*

```
FILED ____ ENTERED ____
LODGED ____ RECEIVED ____

FEB 1 4 2006

AT ____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
```

Address of Other Court: United States Courthouse
6500 Cherrywood Lane Second Floor
Greenbelt, Md. 20770

RE: 06MG53 (Ammad Bashaun Perry)____

```
FILED
MAR 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
```

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Violation of SR Pet | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 2/9/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk